05-15-01520-CV

FILED
DALLAS COUNTY
12/14/2015 2:38:22 PM
FELICIA PITRE
DISTRICT CLERK

Bridgette Vation

CAUSE NO. DC-13-14961

| | | |
|---|---|---|
| **TXU ENERGY RETAIL COMPANY LLC** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **DALLAS COUNTY, TEXAS** |
| | § | |
| **FORT BEND INDEPENDENT SCHOOL** | § | |
| **DISTRICT,** | § | |
| | § | |
| **Defendant.** | § | **116TH JUDICIAL DISTRICT** |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/15/2015 9:17:05 AM
LISA MATZ
Clerk

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff TXU Energy Retail Company L.L.C. (TXU) desires to appeal from the Order granting Defendant Fort Bend Independent School District's Second Plea to the Jurisdiction and Motion for Summary Judgment dated November 24, 2015.

TXU appeals to the Fifth District Court of Appeals.

**PLAINTIFF'S NOTICE OF APPEAL**                                    **PAGE 1**

Respectfully submitted,

**GRUBER HURST JOHANSEN HAIL SHANK LLP**

By:     /s/ John Franklin Guild
        Michael K. Hurst
         State Bar No. 10316310
         mhurst@ghjhlaw.com
        A. Shonn Brown
         State Bar No. 24007164
         sbrown@ghjhlaw.com
        John Franklin Guild
         State Bar No. 24041022
         jguild@ghjhlaw.com
        Jonathan R. Childers
         State Bar No. 24050411
         jchilders@ghjhlaw.com

        1445 Ross Avenue, Suite 2500
        Dallas, Texas  75202
        Telephone No. (214) 855-6800
        Facsimile No. (214) 855-6808

**ATTORNEYS FOR PLAINTIFF TXU ENERGY RETAIL COMPANY LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing has been served upon all counsel of record via eservice on this 14th day of December, 2015 as set forth below:

Richard A. Morris
rmorris@rmgllp.com
Jonathan G. Brush
jbrust@rmgllp.com
Stephanie E. Maher
smaher@rmgllp.com
Robers, Morris & Grover, L.L.P.
5718 Westheimer, Suite 1200
Houston, Texas  77057

        /s/ John Franklin Guild
        John Franklin Guild